# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSHUA GRANTLEY SIMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2244

[November 6, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2016-CF-005153-AXXX-MB.

W. Charles Fletcher of Law Offices of W. Charles Fletcher, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***